UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,
v.                        Case No. 8:19-cv-886-T-33SPF

OASIS INTERNATIONAL GROUP,
LIMITED, ET AL.,

    Defendants.
_____/

### ORDER

This matter is before the Court on consideration of the Receiver's First Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Doc. # 114), filed on June 14, 2019. The Court refers the Motion to the Honorable Sean P. Flynn, United States Magistrate Judge, for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Receiver's First Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Doc. # 114) is hereby referred to the Honorable

Sean P. Flynn, United States Magistrate Judge, for disposition.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 17th day of June, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE