# Exhibit G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING,
COMMISSION,

Plaintiff,

v. Case No. 8:19-CV-886-T-33SPF

OASIS INTERNATIONAL GROUP LIMITED; OASIS MANAGEMENT, LLC; SATELLITE HOLDINGS COMPANY; MICHAEL J. DACORTA; JOSEPH S. ANILE, II; RAYMOND P. MONTIE, III; FRANSCISCO "FRANK" L. DURAN; and JOHN J. HAAS,

Defendants;

and

MAINSTREAM FUND SERVICES, INC; BOWLING GREEN CAPITAL MANAGEMENT, LLC; LAGOON INVESTMENTS, INC; ROAR OF THE LION FITNESS, LLC; 444 GULF OF MEXICO DRIVE, LLC; 4064 FOUNDERS CLUB DRIVE. LLC; 6922 LACANTERA CIRCLE, LLC; 13318 LOST KEY PLACE, LLC; and 4OAKS, LLC,

Relief Defendants.

_______________________________________/

**AFFIDAVIT OF JASON MCKEE**

STATE OF FLORIDA
ORANGE COUNTY

I, Jason McKee, after being duly sworn, state, under oath hereby declare as follows:

1. I am over the age of 21 years and have personal knowledge of the facts listed in this affidavit.

2. My name is Jason McKee. I was an electrician and member of the IBEW Union. I worked as an electrician for 23 years. I also own real estate and am an Ambit energy consultant.

3. I have reviewed the allegations in the Complaint for this case.

4. I met Raymond P. Monite, III, through my Ambit business.

5. Lance Wren and Doug Clark introduced me to Oasis. Mr. Montie never spoke to me about Oasis nor about Michael J. DaCorta. I believe that Mr. Montie found out through Mr. Wren that I was investing funds in Oasis.

6. Prior to adding funds in Oasis International Group ("OIG"), I conducted my own research of Mr. DaCorta. I did not find that Mr. DaCorta was barred from the Commission. I also spoke to several other people who I believe were knowledgeable about investment trading and they confirmed that it was a good thing.

7. In December 2017, I met Mr. DaCorta at the Christmas party in Sarasota, Florida, prior to investing in Oasis. In total, I believe I had four face to face meeting with Mr. DaCorta.

8. I visited the Oasis office and was given a tour and I noticed that Mr. Montie did not have an office.

9. I recall Mr. DaCorta told me that he was a licensed broker dealer in Belize, which allowed him to do market making.

10. I recall Mr. DaCorta told me that Joseph S. Anile, the attorney for Oasis, who maintained the compliance with federal laws.

11. I invested a total of $323,000 into Oasis.

12. I reviewed my online account daily and created a spreadsheet of my account.

13. In February 2019, I flew to Sarasota, Florida with four friends to meet with Mr. DaCorta. Mr. Montie was not in attendance. Mr. DaCorta gave us the same pitch that he gives to everyone. Mr. DaCorta told us that Oasis was investing in real estate, as well as silver and gold.

14. I had no knowledge that Mr. DaCorta was banned from the Commission.

15. I had no knowledge that the representations that Mr. DaCorta and Mr. Anile made about Oasis were false.

16. I do not believe that Mr. Montie knew the representations Mr. DaCorta and Mr. Anile made were false.

17. On April 26, 2019, I received a phone call from Frank Duran who wanted to discuss his version of the situation. Mr. Duran stated that he was not aware of any fraud taking place. Mr. Duran also told me that he too had invested in Oasis.

[signature]
Jason McKee, Affiant

Sworn to and subscribed before me
by Jason McKee, who is personally known
or who produced
as identification, this 21 day of June,
2019.

JULIE A BRILEY
"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires
January 3, 2021

[signature]
Notary Public