**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:   8:19-cv-886-T-33SPF** | **DATE:**   July 2, 2019 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **COMMODITY FUTURES TRADING COMMISSION**<br><br>        Plaintiff,<br><br>v.<br><br>**OASIS INTERNATIONAL GROUP, LIMITED, et al.**<br><br>        Defendants | **PLAINTIFF COUNSEL**<br>Jo Mettenburg<br>Rachelle Bedke<br>Anita Crum<br>Jared Perez<br><br>**DEFENDANT COUNSEL**<br>A. Brian Phillips<br>Vincent Albert Citro<br>Scott S. Allen, Jr.<br>Allan Lerner (Telephonic) | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:** 8:58 AM - 10:31 AM<br>**TOTAL:** 1 hour 31 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**   MOTION HEARING re Joint MOTION for miscellaneous relief, specifically Requesting a Track Three Designation by Commodity Futures Trading Commission (Doc. 121)

The Court heard argument from counsel.

The Court **DENIED** the Joint Motion requesting a track three designation (Doc. 121).

The Court stayed mandatory discovery until there is a ruling on the preliminary injunction.

The Court directed Ms. Mettenburg to provide additional supplements.