**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COMMODITY FUTURES**
**TRADING COMMISSION,**

      **Plaintiff**,

**v.**                                   **Case No.:8:19-cv-00886-VMC-SPF**

**OASIS INTERNATIONAL**
**GROUP, LIMITED, et al.,**

      **Defendants.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on July 9, 2019. Plaintiff's trial counsel, the individual Defendant Haas for himself and as Satellite Holdings' corporate representative with trial counsel, Defendant Montie with trial counsel, and trial counsel for Relief Defendant Mainstream Holdings attended and participated.

The parameters of the preliminary injunction have been settled. The parties authorize the undersigned to report that appropriate stipulations thereon will be filed shortly. Issues between Plaintiff and Relief Defendant Mainstream Holdings also were mediated and the parties reached an impasse.

Done July 10, 2019 in Tampa, Florida.

                                     Respectfully submitted,

                                     /s/ Peter J. Grilli
                                     Peter J. Grilli, Esq.
                                     Florida Bar No. 237851
                                     Mediator
                                     3001 West Azeele Street
                                     Tampa, Florida 33609
                                     813.874.1002    Fax: 813.874.1131
                                     email: peter@grillimediation.com

     I HEREBY CERTIFY that July 10, 2019 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                                /s/ Peter J. Grilli
                                                Peter J. Grilli, Esq.