UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff.

v.                                      CASE NO. 8:19-cv-886-VMC-SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II; RAYMOND P. MONTIE, III;
FRANCISCO "FRANK" DURAN; and
JOHN J. HAAS;

    Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT, LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; AND 4OAKS, LLC;

    Relief Defendants.

## INTERVENOR UNITED STATES' STATUS REPORT

The United States of America, by Maria Chapa Lopez, United States

Attorney for the Middle District of Florida, through the undersigned Assistant

United States Attorney, pursuant to this Court's Order of July 12, 2019 (Doc. 179), hereby respectfully submits this status report to the Court. The government has made substantial progress in its ongoing criminal investigation.

The government has filed a waiver of indictment and an information as to defendant Joseph S. Anile, II. The government will file defendant Anile's plea agreement as soon as the information has been docketed and a case number assigned. The government expects that the plea hearing will be scheduled within the next few weeks. Pursuant to Local Rule 1.04, the government will be filing a Notice of Pendency of Related Action, linking this civil case with defendant Anile's criminal case.

The government anticipates further plea negotiations in the near term.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   */s/ Rachelle DesVaux Bedke*
Rachelle DesVaux Bedke
Assistant United States Attorney
Florida Bar No. 0099953
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Rachelle.Bedke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Jo E. Mettenburg, Esquire
>Jennifer J. Chapin, Esquire
>J. Alison Auxter, Esquire
>Mark Horwitz, Esquire
>Vincent Citro, Esquire
>Christopher A. Walker, Esquire
>Dennis Vacco, Esquire
>Scott S. Allen, Jr., Esquire
>Brian Phillips, Esquire
>Andrew Searle, Esquire
>Allan M. Lerner, Esquire

I hereby certify that on August 12, 2019, a true and correct copy of the foregoing document and the notice of electronic filing were sent electronic mail to the following non-CM/ECF participant(s):

>Gerard Marrone, Esquire
>gmarrownelaw@gmail.com
>Counsel for Joseph S. Anile, II
>
>Michael J. DaCorta
>Mdacorta@oasisig.com
>
>Burton W. Wiand, Receiver
>BWiand@Wiandlaw.com

>/s/ Rachelle DesVaux Bedke
>Rachelle DesVaux Bedke
>Assistant United States Attorney
>Florida Bar No. 0099953
>400 N. Tampa Street, Suite 3200
>Tampa, Florida 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6358
>Rachelle.Bedke@usdoj.gov