UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.

OASIS INTERNATIONAL GROUP
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II; RAYMOND P. MONTIE, III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

      Defendants,

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4OAKS LLC,

      Relief Defendants.
_____/

Case No. 8:19-cv-886-T-33SPF

**ORDER**

      This cause comes before the Court upon Receiver's First Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Doc. 114). Receiver indicates that Plaintiff has no objection to the motion (Doc. 114 at 11). There has been no opposition memorandum filed, and, in light of the requirements of Local Rule

3.01(b), it will be assumed that the parties have no objection to the requested relief. Moreover, the Court finds the Receiver's request to be reasonable under the circumstances.

Accordingly, it is hereby

**ORDERED**:

Receiver's First Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Doc. 114) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| Burton W. Wiand, Receiver | $38,502.00 |
| Wiand Guerra King P.A. | $70,610.15 |
| KapilaMukamal, LLP | $10,118.63 |
| E-Hounds, Inc. | $8,883.95 |
| RWJ Group, LLC | $2,272.08 |

**ORDERED** in Tampa, Florida, August 13, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE