UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

        Case No. 8:19-CV-886-T-33SPF

    Plaintiff,

v.

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

    Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

    Relief Defendants.
_____/

**AMENDED LOCAL RULE 3.01(G) CERTIFICATION
REGARDING THE RECEIVER'S MOTION TO APPROVE
A PROCEDURE FOR THE SALE OF GOLD AND SILVER**

    On November 11, 2019, Burton W. Wiand, as receiver over the assets of the above-

captioned defendants and relief defendants (the "**Receiver**"), moved the Court to approve a

procedure to sell more than 1,000 pounds of gold and silver.  Doc. 197.  That motion contained the following Local Rule 3.01(g) certification:

### LOCAL RULE 3.01(G) CERTIFICATION

Counsel for the Receiver has consulted with counsel for the parties and is authorized to represent to the Court that the CFTC, the United States, defendant Montie, defendant Haas, defendant Anile, defendant Duran, and relief defendant Mainstream have no objection to the relief requested in the motion.  The other entities (except Satellite Holdings, which is associated with defendant Haas) have defaulted.  Counsel attempted to contact defendant DaCorta by email on November 1 and again on November 4, 2019 without success.  (DaCorta has a public defender, but that attorney is not participating in the civil litigation; the Receiver also does not have a working telephone number for defendant DaCorta at this time).  Because defendant DaCorta's interest in the metals has been forfeited to the United States, and the other participants in this litigation have no objection, the Receiver asks the Court to grant this motion and allow him to proceed with the sale.

Defendant DaCorta has now responded that he will not object to the relief requested in the motion.  As such, the Receiver asks the Court to grant the motion as unopposed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and also served the following non-CM/ECF participants by mail and/or email:

Gerard Marrone
Law Office of Gerard Marrone, P.C.
66-85 73rd Place, 2nd Floor
Middle Village, NY  11379
gmarronelaw@gmail.com
*Counsel for Defendant Joseph S. Anile, II*

Michael DaCorta
13313 Halkyn Point
Orlando, FL  32832
cdacorta@yahoo.com

        Respectfully submitted,

        **s/ Jared J. Perez**
        Jared J. Perez, FBN 0085192
        jperez@wiandlaw.com
        Eric R. Feld, FBN 92741
        efeld@wiandlaw.com
        WIAND GUERRA KING P.A.
        5505 West Gray Street
        Tampa, FL 33609
        Tel: (813) 347-5100
        Fax: (813) 347-5198

        *Attorneys for the Receiver, Burton W. Wiand*