UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff.

v.                                                CASE NO. 8:19-cv-886-VMC-SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II; RAYMOND P. MONTIE, III;
FRANCISCO "FRANK" DURAN; and
JOHN J. HAAS;

    Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT, LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; AND 4OAKS, LLC;

    Relief Defendants.

### INTERVENOR UNITED STATES' STATUS REPORT #4

The United States of America, by Maria Chapa Lopez, United States

Attorney for the Middle District of Florida, through the undersigned Assistant

United States Attorney, pursuant to this Court's Order of July 12, 2019 (Doc. 179), hereby respectfully submits this status report to the Court. The government continues to make progress in its ongoing criminal investigation.

As previously reported, defendant Joseph S. Anile, II pleaded guilty to an information pursuant to a plea agreement on September 26, 2019. *See United States v. Joseph S. Anile, II*, Case No. 8:19-cr-334-T-35CPT.   His sentencing hearing is set for January 8, 2020.

The government's investigation is ongoing. The government expects to file additional charges this fall.

          Respectfully submitted,

          MARIA CHAPA LOPEZ
          United States Attorney


By:   */s/ Rachelle DesVaux Bedke*
      Rachelle DesVaux Bedke
      Assistant United States Attorney
      Florida Bar No. 0099953
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:   (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: Rachelle.Bedke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Jo E. Mettenburg, Esquire
>Jennifer J. Chapin, Esquire
>J. Alison Auxter, Esquire
>Mark Horwitz, Esquire
>Vincent Citro, Esquire
>Christopher A. Walker, Esquire
>Dennis Vacco, Esquire
>Scott S. Allen, Jr., Esquire
>Brian Phillips, Esquire
>Andrew Searle, Esquire
>Allan M. Lerner, Esquire

I hereby certify that on November 12, 2019, a true and correct copy of the foregoing document and the notice of electronic filing were sent electronic mail to the following non-CM/ECF participant(s):

>Gerard Marrone, Esquire
>gmarrownelaw@gmail.com
>Counsel for Joseph S. Anile, II
>
>Michael J. DaCorta
>Mdacorta@oasisig.com
>
>Burton W. Wiand, Receiver
>BWiand@Wiandlaw.com

>/s/ Rachelle DesVaux Bedke
>Rachelle DesVaux Bedke
>Assistant United States Attorney
>Florida Bar No. 0099953
>400 N. Tampa Street, Suite 3200
>Tampa, Florida 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6358
>Rachelle.Bedke@usdoj.gov