UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

OASIS INTERNATIONAL GROUP
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II; RAYMOND P. MONTIE, III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

    Defendants,

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4OAKS LLC,

    Relief Defendants.
_____/

Case No. 8:19-cv-886-T-33SPF

## ORDER

This cause comes before the Court upon Allan M. Lerner's Unopposed Motion to Withdraw as Counsel for Defendant Francisco "Frank" L. Duran (Doc. 212).[1] Attorney

---

[1] To the extent that the Motion to Withdraw requests the Court to allow the law firm of Allan M. Lerner, P.A. to withdraw, the Court denies that request because an attorney, not a law firm, represents a client, and a law firm is not licensed to practice law. *Harris v. Performance Transp., LLC*, No. 8:14-cv-2913-T-23EAJ, 2015 WL 12915715, at *1 (M.D. Fla. Dec. 21, 2015).

Allan M. Lerner certifies that notice of intent to withdraw was provided to Defendant and opposing counsel, pursuant to Local Rule 2.03(b).

Upon consideration of the foregoing, it is hereby

**ORDERED:**

1. Allan M. Lerner's Unopposed Motion to Withdraw as Counsel for Defendant Francisco "Frank" L. Duran (Doc. 212) is **GRANTED**. Attorney Allan M. Lerner is terminated as counsel of record for Defendant Duran and relieved of any further responsibility in this action, except that Attorney Allan M. Lerner is directed to serve a copy of this Order on Defendant by January 17, 2020, and confirm Defendant's receipt thereof. Counsel is further directed to file a certificate of service with the Court indicating the date on which service was accomplished and the manner in which Defendant's receipt of this Order was confirmed.

2. Defendant Duran is on notice that, unless he obtains substitute counsel, he will proceed in this matter *pro se* and be expected to adhere to the deadlines set forth by the Court as well as to the procedural requirements of the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida.[2]

3. The Clerk is directed to add Defendant Duran's address to the docket: 535 Fallbrook Drive, Venice, FL 34292.

---

[2] *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a *pro se* . . . litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.").

**ORDERED** in Tampa, Florida, January 7, 2020.

                                                       _____
                                                       SEAN P. FLYNN
                                                       UNITED STATES MAGISTRATE JUDGE

cc:   Francisco "Frank" L. Duran
        535 Fallbrook Drive
        Venice, FL 34292