UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

v.                                       Case No. 8:19-CV-886-T-33SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P. MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

        Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

        Relief Defendants.
_____/

**ORDER**

        Receiver filed a Fourth Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. 272). Receiver is directed to supplement his motion by **June 10, 2020**, to address the following:

(1) Why the costs being requested by Receiver for Wiand Guerra King P.A. in the amount of $10,030.14 (*see* Doc. 272 at p. 7 & Doc. 272-4) differs from the $9,179.67 amount invoiced by Wiand Guerra King P.A. (*see* Doc. 272-6 at p. 58). The Court notes that these amounts have corresponded in all of Receiver's previous motions for fees (*see* Docs. 114, 203, 234).

(2) What types of costs are included in $6,184.13 listed under "Other" that are being requested by Receiver for Wiand Guerra King P.A. (*see* Doc. 272-4 at p. 2). The Court notes that this unexplained category of costs represents approximately 60% of the total amount of costs.

**ORDERED** in Tampa, Florida, this 27th day of May 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE