**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

COMMODITY FUTURES TRADING
COMMISSION,

        Case No. 19-cv-886-T-33SPF

    Plaintiff,

v.

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

    Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

    Relief Defendants.

_____/

## ORDER

Before the Court is the Receiver's Unopposed, Verified Motion to Approve the Private Sale of Real Property – Specifically, 7312 Desert Ridge Glen in Bradenton, FL (the "Motion") (Doc. # 340). Upon due consideration of the Receiver's powers as set forth in the Consolidated Order and its predecessors (Doc. ## 7, 44, 177), the consent of the United States of America, and

1

applicable law, the Motion is granted.

The sale of the real property located at 7312 Desert Ridge Glen, Bradenton, FL 34202, also known as Manatee County Property Appraiser's Parcel Number: 588511909, with the following legal description:

LOT 8, BLOCK A, LAKEWOOD RANCH COUNTRY CLUB VILLAGE, SUBPHASE V A/K/A LEGEND'S WALK & SUBPHASE W A/K/A KINGSMILL, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 40, PAGE(S) 149, OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA.

pursuant to the Purchase and Sale Agreement attached as Exhibit 1 to the Motion, is hereby **APPROVED.** The Court finds the sale commercially reasonable, fair and equitable, and in the best interests of the Receivership Estate.

The Receiver empowered via this order will be conveying not only all the interest of the Receivership in the subject real property but also all of the ownership interest of the United States of America which was obtained via that certain Final Judgment of Forfeiture in Case No. 8:19-cv-908-T-02AEP, rendered in the United States District Court for the Middle District of Florida, Tampa Division, on July 16, 2019.

The Receiver is hereby directed to transfer the real property located in Manatee County, Florida to Lawrence Irving Edoff and Autumn Mathisen-Edoff free and clear of all claims, liens, and encumbrances (including without limitation the interest of the Receiver and the interest of the United States of America, which was obtained via that certain Final Judgment of Forfeiture in Case No. 8:19-cv-908-T-02AEP, rendered in the United States District Court for the Middle District of Florida, Tampa Division, on July 16, 2019), by way of a Receiver's Deed, pursuant to Purchase and Sale Agreement.

3

**DONE** and **ORDERED** in chambers in Tampa, Florida this 23rd day of December, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3