## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

v.

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

        Defendants,

and

FUNDADMINISTRATION, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

        Relief Defendants.
_____/

Case No. 19-cv-886-T-33SPF

## **ORDER**

      Before the Court is the Receiver's Unopposed, Verified Motion to Approve the Private Sale of Real Property – Specifically, 16804 Vardon Terrace #307 in Bradenton, Florida (the "Motion") (Doc. # 341). Upon due consideration of the Receiver's powers as set forth in the Consolidated Order and its predecessors (Doc. ## 7, 44, 177) and applicable law, the Motion is

granted.

The sale of the real property located at 16804 Vardon Terrace #307, Bradenton, Florida 34211, also known as Manatee County Property Appraiser's Parcel Number 581533859, with the following legal description: Unit 237, Building 2, of Phase 2, of Terrace I at Lakewood National, a Phase Condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 2685, Page 5583, and amendments thereto, of the Public Records of Manatee County, Florida, pursuant to the Purchase and Sale Agreement attached as Exhibit 1 to the Motion, is hereby **APPROVED.** The Court finds the sale commercially reasonable, fair and equitable, and in the best interests of the Receivership Estate.

The Receiver, empowered via this order, will be conveying all the interest of the Receivership in the subject real property.

The Receiver is hereby directed to transfer the real property located in Manatee County, Florida to Phillip L. Fondren free and clear of all claims, liens, and encumbrances, including without limitation the interest of the Receiver.

**DONE** and **ORDERED** in chambers in Tampa, Florida this 23rd day of December 2020.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE