# EXHIBIT 1



## SALLAH ASTARITA ◆ COX
### LLC

3010 North Military Trail, Suite 210 | Boca Raton, Florida 33431
Phone: (561) 989-9080 | Fax: (561) 989-9020 | www.sallahlaw.com

ATTORNEYS AT LAW    Florida | New York | New Jersey

March 25, 2021

<u>Via Electronic Mail</u>
Burton Wiand, Receiver
114 Turner St.
Clearwater, FL 33756

RE:    *Commodity Futures Trading Commission v. Oasis International Group, Lmt., et al.*
       *(M.D. Fla. Case 8:19-cv-00886-VMC-SPF)*

Dear Burt:

I want you to thank you for considering Sallah Astarita & Cox, LLC in connection with the potential claims that you, as Court-Appointed Receiver in the above-referenced matter, may have against ATC Brokers Ltd. ("ATC"), its principals, and/or its affiliates.

### Background

As you know, since leaving the Securities and Exchange Commission ("SEC"), I have served as a Receiver in actions brought by the SEC and the State of Florida Office of Attorney General ("AG"), as well as in private actions brought by class and individual plaintiffs in federal and state courts. I have also served as counsel for court-appointed Receivers in cases brought by the SEC, Commodity Futures Trading Commission ("CFTC"), Federal Trade Commission ("FTC"), and the Puerto Rico Insurance Commissioner.

I believe that my Firm's experience also suits us well to represent you, as Receiver, in any action against ATC. For example, we were previously retained by you, and the Court approved us, as special litigation counsel in the underlying Oasis proceeding to evaluate potential claims against the Oasis fund administrator, Fundadministration Inc. We recently settled pre-suit that matter in the total amount of $3,950,000 for the benefit of the Receivership Estate. The same team consisting of myself, Mr. Rengstl, and Mr. Katz will assist on this new ATC matter. For your reference, I have attached copies of my resume, Mr. Rengstl's, and Mr. Katz's, as Exhibits "A," "B" and "C," respectively.

Burton Wiand, Esq.
March 25, 2021
Page 2 of 2

### Proposed Engagement Terms

As discussed, we would be willing to handle this ATC matter on the same contingency fee basis that we handled, and the Court approved, the prior Fundadministration matter, provided that the Estate would be willing to pay for the costs associated with the representation. The schedule we would propose is as follows:

- Prior to filing a complaint – 10% of any settlement;
- After filing the complaint, but before an answer is filed – 15% of any settlement;
- Following the filing of an answer, but before forty days preceding the commencement of a trial – 25% of any recovery or settlement; and,
- Within forty days of trial or thereafter – 33% of any recovery.

We agree if the settlement or recovery amount in this matter is greater than $10,000,000.00, that for any portion above $10,000,000.00, but less than $20,000,000.00, our fee would be limited to 20%. Further, any fee arising from that portion of a settlement or recovery amount greater than $20,000,000.00 would be limited to 10%.

### Conclusion

We would welcome the opportunity to represent you, as Receiver, in connection with a potential action against ATC. Once you have had a chance to consider the terms we have proposed, we would be happy answer any question that you may have or discuss any details regarding my Firm's potential engagement.

Sincerely,

James D. Sallah

cc: Jared Perez, Esq.

# EXHIBIT A



### RESUME OF JAMES D. SALLAH, ESQ.

**SALLAH ASTARITA & COX, LLC**
**3010 N MILITARY TRAIL, SUITE 210**
**BOCA RATON, FLORIDA 33431**

**PHONE: (561) 989-9080**
**FACSIMILE: (561) 989-9020**
**E-MAIL: jds@sallahlaw.com**
**WEBSITE: www.sallahlaw.com**

#### PRACTICE AREAS

Mr. Sallah is an AV Preeminent® rated attorney who concentrates his practice on securities and commodity futures regulation and enforcement matters, receiverships and receivership litigation, broker-dealer compliance and defense, whistleblower claims, and business litigation.

#### PROFESSIONAL EXPERIENCE

Since leaving the Securities and Exchange Commission in 2004, Mr. Sallah has represented national and regional brokerage firms, as well as publicly-traded companies and individuals, in a variety of matters, including investigations, administrative proceedings, and litigation involving the SEC, FINRA and state securities regulators. Mr. Sallah has also handled white collar criminal matters and represented individuals in U.S. congressional sub-committee hearings.

Mr. Sallah's reputation as a securities lawyer is well recognized among his peers. He has been selected as a *Florida Super Lawyer* in the area of Securities Litigation each year since 2011 and has been included among *Florida Trend's Legal Elite*. Moreover, Mr. Sallah has also been recognized in the *South Florida Legal Guide* each year since 2008 in the field of Securities Litigation and Arbitration. In 2009 the *Daily Business Review* selected Mr. Sallah as the "Most Effective Lawyer" in South Florida in the area of Securities Law. Mr. Sallah has also testified as an expert witness on securities matters in United States Bankruptcy Court, FINRA Arbitrations, Florida state Court, and before international tribunals. Since 2012 he has served as an adjunct professor at the University of Miami School of Law, where he teaches a class in SEC enforcement and litigation.

Before entering private practice, Mr. Sallah was a Senior Counsel in the SEC's Division of Enforcement in Miami, Florida. During his tenure at the SEC, Mr. Sallah handled investigations and litigation in both federal court and administrative forums, including cases involving fraudulent securities offerings, Ponzi schemes, market manipulations, municipal bonds, research analyst conflicts, public company disclosure and periodic reports, and broker-dealer and investment adviser regulation.

Prior to joining the SEC, Mr. Sallah was Assistant Corporate Counsel for Raymond James Financial, Inc., the largest brokerage institution in the Southeastern United States. While at Raymond James, he represented its broker-dealer subsidiaries and their associated persons in a variety of matters, including litigation and arbitration.

**EXPERIENCE WITH COURT-APPOINTED RECEIVERSHIPS AND PROCEEDINGS**

Mr. Sallah has extensive experience in matters involving court-appointed receiverships and proceedings, including serving as the following:

- Counsel to Receiver Jeffrey C. Schneider in Securities & Exchange Commission v. Natural Diamonds Investment Group Inc., et al., (Case No. 9:19-CV-80633-Rosenberg)
- Court-appointed Receiver in Goerz, David V. Stocket Inc. (15th Judicial Circuit of Florida Civil Division Case No. 50-2018-CA-011965-MB)
- Counsel to Receiver in Federal Trade Commission v. Student Debt Doctor, LLC, et al., (Case No. 17-CV-61973-Dimitrouleas/Snow)
- Court-appointed Receiver in Brandon Leidel, et al. v. Project Investors, Inc., et al., (S.D. Fla. Case No. 16-CV-80060-MARRA) in connection with a class-action involving cryptocurrency.
- Court-appointed Receiver in State of Florida, et al. v. Abeo Investments, LLC, et al., (18th Judicial Circuit of Florida Case No. 2013-CA-001773-16-K) in connection with $11 million dollar Ponzi scheme.
- Court-appointed Receiver in SEC v. JCS Enterprises, Inc., et al, (S.D. Fla. Case No. 14-CV-80468-DLM) in connection with $80 million dollar Ponzi scheme.
- Court-appointed Corporate Monitor in Amin v. OM Global Investment Fund LLC, et al. (Case No. 13-18620 CA 13) in connection with a hedge fund fraud in Miami-Dade County Circuit Court.
- Court-appointed Receiver in Katz v. MRT Holdings, et al. (S.D. Fla., Case No. 07-CV-61438-JIC) in connection with multi-million dollar Ponzi scheme.
- Counsel to Receiver in SEC v. Natural Diamonds Investment Co., et al. (S.D. Fla. Case No. 9:19-CV-80633- Rosenberg).
- Counsel to Receiver appointed by Puerto Rico Insurance Commissioner to prosecute case against international investment bank in Newport Bonding and Surety Co., Inc. v. UBS Financial Services, Inc. (FINRA Case No. 17-01317).
- Special Counsel to the Receiver in SEC v. Aubrey Lee Price, et al., Case No. 1:12-cv-2296-TCB (N.D. Ga.) and Melanie E. Damian, Esq., as Court-Appointed Receiver for PFG, LLC, et al. v. Convergex Execution Solutions, LLC, et al., FINRA Case No. 16-00669.
- Special Counsel to the Receiver in CFTC v. LaSalle International Clearing Corp., et al. (S.D. Fla. Case No. 09-80765-Civ-Dimitrouleas/Snow)
- Special Counsel to the Receiver in SEC v. KS Advisors, Inc., et al. (M.D. Fla. Case No. 2:04-CV-1005-FtM-29DNF) to investigate and prosecute claims brokerage firm in connection with multi-million dollar hedge fund fraud
- Independent Consultant In the Matter of vFinance Investments, Inc. (SEC Rel. No. 51530 - April 12, 2005) to review, revise, and test supervisory procedures in connection with broker-dealer's market making/trading activities

**PROFESSIONAL AWARDS AND ACTIVITIES**

- AV Preeminent® rated (the highest peer ranking) by *Martindale-Hubbell*
- Adjunct Professor, University of Miami School of Law, SEC Enforcement Seminar
- SEC Chairman's Award for Excellence in 2002
- SEC Southeast Regional Office's 2001 nominee for the Ellen Ross Award (honors an Enforcement attorney who demonstrates exemplary commitment, enthusiasm, and performance)
- Florida Bar Grievance Committee 2015 - 2017 term
- Vice-Chair, Financial Services Committee, Florida Bar, 1999 - 2000
- Executive Committee, Business Law Section, Florida Bar, 1999 - 2000
- Member of the National Association of Federal Equity Receivers
- Arbitrator for FINRA and National Futures Association
- Association of Securities and Exchange Commission Alumni

**EDUCATION**

Mr. Sallah received his Bachelor's degree (*Summa Cum Laude*) and Master's degree from Ohio University and his Juris Doctor degree (*Cum Laude*) from the University of Miami School of Law. During law school, Mr. Sallah was a member of the *University of Miami Law Review*.

**BAR MEMBERSHIPS AND JURISDICTIONS ADMITTED TO PRACTICE**

Mr. Sallah is a member of the Florida and Colorado Bar Associations. He is admitted to practice in the state courts of both, as well as the U.S. District Court for the Southern, Middle and Northern Districts of Florida, and the Eastern District of Michigan.

# EXHIBIT B

Contact Us Now: **1-888-SEC-ATTY**

---

# SALLAH ASTARITA & COX, LLC
## ATTORNEYS AT LAW



## Patrick J. Rengstl, Esq.

*Of Counsel*

**pjr@sallahlaw.com**
**Download VCard**

**Phone: (305) 904-8980**
**Fax: (305) 668-0003**

**7695 SW 104th St, #210**
**Miami, Florida 33156**

PRACTICE AREAS

Patrick J. Rengstl, P.A. is Of Counsel at the firm. During the last 15 years, Patrick's practice has included a broad commercial practice throughout Florida, including high-stakes complex commercial litigation, insurance-related litigation (including coverage issues and defense of insureds), real estate litigation and appellate advocacy.

PROFESSIONAL EXPERIENCE

Patrick also has extensive experience representing court-appointed receivers and corporate monitors in state and federal courts in Florida, typically in cases filed by the United States Securities and Exchange Commission ("SEC"), the Commodity Futures Trading Commission ("CFTC") and the Federal Trade Commission ("FTC"). Patrick has represented and continues to represent James D. Sallah of the firm in his capacity as receiver or corporate monitor in several of Mr. Sallah's court appointments over the years.

As a result, Patrick has significant experience in fraud-related and fraudulent transfer cases; has first-chaired the administration of many SEC, FTC and CFTC receivership estates, including claims and distribution procedures; has litigated countless ancillary receivership cases and summary proceedings; and has helped secure the recovery of tens of millions of dollars for the benefit of investors and consumers around the world. Below are Patrick's significant receivership representations:

- *OM Global* – Lead counsel to Mr. Sallah in his capacity as the Corporate Monitor of OM Global Investment Fund LLC and OM Global LP in Miami-Dade Circuit Court. The action involved an alleged $20-million fraud scheme, a related SEC case and ultimately a criminal prosecution and plea agreement for the protagonist of the admitted scheme.

- *Cryptsy* – Lead counsel to Mr. Sallah in his capacity as the Receiver of Project Investors, Inc. d/b/a Cryptsy in the United States District Court for the Southern District of Florida. The action involved an alleged multi-million dollar misappropriation of Bitcoins and hundreds of other types of cryptocurrencies.

- *JCS Enterprises* – Special counsel to Mr. Sallah in his capacity as the Receiver of JCS Enterprises, Inc. and its related entities in the United States District Court for the Southern District of Florida. The action involved an alleged $81-million fraud scheme.

- *eCareer Holdings, Inc.* – Special counsel to the Receiver of eCareer Holdings, Inc. and its related entities in the United States District Court for the Southern District of Florida. The action involved an alleged $11-million fraud scheme.

- *Trade-LLC* – Lead counsel to the Receiver of Trade-LLC and its related entities in the United States District Court for the Southern District of Florida. The action involved an alleged $28-million fraud scheme.

- *Pension Fund of America, LC* – Counsel to the Receiver of Pension Fund of America, LC in the United States District Court for the Southern District of Florida. The action involved an alleged multi-million dollar fraud scheme.

- *American Precious Metals, LLC* – Counsel to the Receiver of American Precious Metals, LLC in the United States District Court for the Southern District of Florida. The action involved an alleged $37-million precious metals boiler room.

- *Timeshare Mega Media and Marketing Group, Inc.* – Counsel to the Receiver of Timeshare Mega Media and Marketing Group, Inc. in the United States District Court for the Southern District of Florida. The action involved an alleged timeshare boiler room.

- *The Dolce Group Worldwide, LLC* – Counsel to the Receiver of The Dolce Group Worldwide, LLC in the United States District Court for the Southern District of Florida. The action involved an alleged $4-million boiler room.

- *Nationwide Connections, Inc.* – Counsel to the Receiver of Nationwide Connections, Inc. in the United States District Court for the Southern District of Florida. The action involved an alleged boiler room.

Besides his federal court receivership work, Patrick has extensive receivership experience in state court matters involving alleged fraud and waste to commercial buildings, residential properties, ongoing businesses and family estates.

EDUCATION AND PROFESSIONAL AWARDS

Patrick, a Miami native, attended college at the University of Miami, graduated with a 3.98 GPA, and was elected to Phi Beta Kappa (of which he was named Vice President and received at graduation one of the highest honors, the Phi Beta Kappa Scholarship and Service Award). Patrick attended law school at the Florida State University College of Law and graduated *cum laude* in 2002. During law school, Patrick was an Associate Editor and Writing & Research Editor of the *Florida State University Law Review*, as well as a member of the Moot Court Team. Patrick has been listed several times as a "Rising Star" in *Super Lawyers* (2010-2011, 2016-2017 Editions) and as a "Top Up & Comer" (2012, 2014-2016 Editions) and "Top Lawyer" (2017 Edition) in the *South Florida Legal Guide*. Patrick is licensed to practice in the State of Florida and all Florida federal courts, including the Eleventh Circuit.

## Practice Areas

**Securities Regulation & Enforcement |  White-Collar Criminal Defense |  Securities Arbitration & Litigation |**
**Complex Commercial Litigation |**

---

**2255 Glades Rd #300e**
**Boca Raton, FL 33431**

**Toll Free: (888) 732-2889**
**Phone: (561) 989-9080**
**Fax: (561) 989-9020**

**100 Park Ave #1600**
**New York, NY 10017**

**Toll Free: (888) 732-2889**
**Phone: (212) 509-6544**

**60 Pompton Ave**
**Verona, NJ 07044**

**Toll Free: (888) 732-2889**
**Phone: (973) 559-5566**

**7695 SW 104th St #210**
**Miami, FL 33156**

**Phone: (305) 904-8980**
**Fax: (305) 668-0003**

**Toll Free:** 1-888-SEC-ATTY
(1-888-732-2889)

With offices in Florida, New Jersey, and New York City, we serve clients nationwide including, but not limited to, those in the following localities: Atlanta, Baltimore, Boston, Chicago, Dallas–Fort Worth, Denver, Detroit, Florida, Houston, Los Angeles, Miami, New Jersey, New York City, Philadelphia, Phoenix, San Bernardino-Riverside, San Diego, San Francisco, Seattle, St. Louis, Tampa–St. Petersburg, and Washington, D.C.

Orlando, Florida Securities Litigation Lawyer :: Patrick J. Rengstl, Esq. :: Boca Raton, Florida White Collar Criminal Defense Attorney

Copyright © 2017, Sallah Astarita & Cox, LLC

**JUSTIA** Law Firm Website Design

# EXHIBIT C



**RESUME OF JOSHUA A. KATZ, ESQ.**

**SALLAH ASTARITA & COX, LLC**
**3010 N. MILITARY TRAIL, STE. 210**
**BOCA RATON, FLORIDA 33431**

**PHONE: (561) 989-9080**
**FACSIMILE: (561) 989-9020**
**E-MAIL: jak@sallahlaw.com**
**WEBSITE: www.sallahlaw.com**

**PRACTICE AREAS**

Mr. Katz practices in the areas of Securities Arbitration and Litigation, Complex Commercial litigation, Securities Regulation and Enforcement, Receivership Litigation, and Broker-Dealer Compliance and Defense.

**PROFESSIONAL EXPERIENCE**

Since 2004, Mr. Katz has focused his practice in the area of broker-dealer arbitration before FINRA, or the Financial Industry Regulatory Authority. Mr. Katz has extensive experience representing public investors, brokers and broker-dealers in arbitration and disciplinary proceedings involving a wide range of issues.

Some of Mr. Katz's recent successes include:

- Represented Miami doctor in an insider trading case brought by the SEC in federal court. After a two-week jury trial, the doctor was found not liable - *SEC v. De La Maza, et al.*, Case No. 09-21977 (S.D. Fla.).

- Successfully argued dismissal of shareholder suit in federal court alleging insider trading - *Kamin, et al. v. Acord, et al.*, Case No. 09-22829-Civ-Jordan (S.D. Fla.)

- Represented nominee for Commissioner of Financial Regulation for the State of Florida in FINRA Enforcement Hearing - *Dept. of Enforcement v. Carreno*, No. 2006005546007. All claims against Respondent were dismissed, with prejudice.

- Represented multiple claimants/plaintiffs in multi-week FINRA arbitration hearing resulting in $7.5 million dollar award against the broker – *Paula Casper, et al. v. Gary Gross*, FINRA Case No. 07-00624.

Mr. Katz has also served in following roles:

- Counsel to the Receiver in *Federal Trade Commission v. Student Debt Doctor LLC, et al.*, Case No. 0:17-cv-61937-WPD (S.D. Fla.).

- Counsel to the Receiver in *SEC v. Aubrey Lee Price, et al.*, Case No. 1:12-cv-02296-TCB (N.D. Ga.) to investigate and prosecute claims against brokerage firm in connection with multi-million dollar hedge fund fraud.

- Counsel to the Receiver in *SEC v. JCS Enterprises, Inc., et al.*, Case No. 14-CV-80468-DLM (S.D. Fla.) to investigate and prosecute claims against defendants in underlying SEC case and against profiteers in clawback actions against over 100 persons.

Mr. Katz's reputation as a securities lawyer is recognized among his peers.  He was selected as a Florida Super Lawyer Rising Star in 2011, 2012, 2013 and 2014.  Mr. Katz is also AV Preeminent rated (the highest peer ranking) by *Martindale-Hubbell*.

Prior to joining Sallah Astarita & Cox, LLC, Mr. Katz was an associate for the law firm of Klein & Sallah, LLC.  Mr. Katz began developing his securities law experience before graduating from law school.  During the summers of 2002 and 2013 and the spring of 2004, he worked for the United States Securities and Exchange Commission as a Certified Legal Intern.

## EDUCATION

Mr. Katz received his law degree (Cum Laude) from the University of Miami School of Law in 2004.  While at the University of Miami, he served as a staff editor for the Inter-American Law Review and was elected as a Senator on the Student Bar Association.  Before law school, Mr. Katz was a Ph.D. candidate in modern French and German history at American University in Washington, D.C., where he was also a Hurst Scholar and Teaching Fellow.  Mr. Katz attended the College of William and Mary and received his Bachelor's and Master's degrees from Virginia Commonwealth University, where he became a member of Phi Kappa Phi Honor Society.

## BAR MEMBERSHIPS AND JURISDICTIONS ADMITTED TO PRACTICE

Mr. Katz became a member of the Florida Bar in 2004 and is admitted to practice in the state courts of Florida, the U.S. District Courts for the Southern and Middle Districts of Florida and the Eleventh Circuit Court of Appeals.