IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

                                          Case No. 8:19-CV-886-VMC-SPF

      Plaintiff,

v.

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

      Defendants;
and

FUNDADMINISTRATION, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

      Relief Defendants.
                                          /

## ORDER

      Before the Court is the Motion to Approve the Receiver's Engagement of

Sallah Astarita & Cox, LLC To Prosecute Potential Claims Against ATC

Brokers (the "Motion") (Doc. # 385).

Upon due consideration of the Receiver's powers as set forth in the Consolidated Receivership Order and its predecessors (Doc. ## 7, 44, 177) and applicable law, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

The Receiver's engagement of Sallah Astarita & Cox, LLC for the purposes described in the Motion and pursuant to the contingency fee arrangement attached as Exhibit 1 to the Motion is hereby **APPROVED**.

The Court also reappoints the Receiver for purposes of 28 U.S.C. § 754. This Order attaches and incorporates by reference as if fully set forth herein the Court's Consolidated Receivership Order (Doc. # 177), dated July 11, 2019. The Receiver's mandate upon reappointment shall be governed by the attached and incorporated provisions of the Consolidated Receivership Order.

**DONE** and **ORDERED** in chambers in Tampa, Florida, this 23rd day of April, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE