UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

v.                                                                                          Case No. 8:19-cv-886-T-33SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P. MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

        Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

        Relief Defendants.
_____/

## **ORDER**

        This cause comes before the Court for consideration of the Receiver's Eighth Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Doc. 410).  The Commodity Futures Trading Commission does not oppose the granting of the relief sought.

Having otherwise considered the motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Receiver's Eighth Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Doc. 410) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---:|
| Burton W. Wiand, Receiver | $35,712.00 |
| Guerra King P.A. | $155,640.98 |
| Englander Fischer | $61,048.31 |
| Harneys | $38,095.00 |
| KapilaMukamal, LLP | $37,688.79 |
| PDR CPAs | $7,140.25 |
| E-Hounds, Inc. | $7,406.49 |
| RWJ Group, LLC | $7,403.66 |

**ORDERED** in Tampa, Florida, this 9th day of July 2021.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE