# EXHIBIT A






# Wayne Anthony Piper

Founding Partner
Attorney-at-Law

Wayne was admitted to practice as an Attorney-at-Law in Jamaica in 2011. He was later also admitted to practice in Belize in 2014. He has developed his practice over both jurisdictions focusing mainly in the areas of Corporate and Commercial Litigation as well as Intellectual Property Law, Employment Law and Conveyancing & Real Estate Law.

Wayne is a graduate of the University of the West Indies having been awarded a Bachelor of Arts in Philosophy with a minor in Political Science, in July 2004. He was also awarded a Diploma in Human Resource Management from the University College of the Caribbean in 2005 and in 2008 he was awarded a Bachelor of Laws degree from the University of London.

On 8th October 2011 he graduated from the Norman Manley Law School, in Kingston, Jamaica and was awarded with a Certificate of Legal Education. He has also served as the Secretary of the Bar Association of Belize.

### Education

University of the West Indies - B.A. Philosophy & Political Science

University of London - LLB

Norman Manley Law School - L.E.C.

### Affiliations
Bar Association of Belize
Jamaica Bar Association
International Trademark Association

### Languages
English



Email: wayne@florespiper.com  Tel: +501-223-0878