UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.                                          Case No. 8:19-cv-886-T-VMC-SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P. MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

      Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

      Relief Defendants.
_____/

## **ORDER**

This cause comes before the Court for consideration of the Receiver's Eleventh Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. 485). The Commodity Futures Trading Commission ("CFTC") does not oppose the granting of the relief sought. Defendants Anile and Haas do

not oppose the motion, and the United States (as an intervening party) takes no position on the motion (Doc. 472). Although the Receiver's motion indicated that Defendant DaCorta opposes the motion, and that Defendants Montie and Duran may oppose the motion, none of these parties have filed objections to the motion and the time for filing a timely objection has run.

In considering the Receiver's Eleventh Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. 485), and being otherwise fully advised, the Receiver's Eleventh Interim Motion for Order Awarding Fees, it is **ORDERED AND ADJUDGED** that the Receiver's Eleventh Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. 485) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| Burton W. Wiand, Receiver | $9,912.00 |
| Guerra King P.A. | $81,421.91 |
| Shaka A. Scott, P.A. | $1,995.00 |
| Johnson Cassidy Newlon & DeCort | $1,296.00 |
| Englander Fischer | $19,468.77 |
| KapilaMukamal, LLP | $544.16 |
| PDR CPAs | $4,561.25 |
| E-Hounds, Inc. | $9,894.00 |
| RWJ Group, LLC | $991.62 |
| Maples Group | $3,288.27 |

**ORDERED** in Tampa, Florida, this 14th day of April 2022.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE