UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.   Case No. 8:19-cv-886-VMC-SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P. MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

      Defendants;

and

MAINSTREAM FUND SERVICES, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON
INVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

      Relief Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of the Receiver's Twelfth Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. 648). The Commodity Futures Trading Commission ("CFTC") does not oppose the granting of the relief sought. Defendants Anile and Haas do not oppose the

motion, and the United States (as an intervening party) was not consulted because the government has not previously taken a position on the Receiver's fee applications, and its involvement in this case has concluded following DeCorta's recent trial. Although the Receiver's motion indicated that it was unknown whether Defendants Haas, Duran, and DaCorta oppose the motion, none of these parties have filed objections to the motion and the time for filing an objection has run.

Upon due consideration, the Receiver's Twelfth Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. 648) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---:|
| Burton W. Wiand, Receiver | $27,986.11 |
| Guerra King P.A. | $52,750.18 |
| Johnson Cassidy Newlon & DeCort | $2,997.00 |
| Englander Fischer | $24,420.26 |
| KapilaMukamal, LLP | $1,325.95 |
| PDR CPAs | $4,404.82 |
| E-Hounds, Inc. | $10,397.50 |
| RWJ Group, LLC | $860.33 |
| RPM Financial Markets Group LLC | $5,737.50 |

**ORDERED** in Tampa, Florida, this 22nd day of July 2022.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE