# Affidavit of Fact by Gregory Melick

## Introductory Certification

I, Gregory Melick, the Undersigned Affiant (hereinafter as "Affiant"), do hereby solemnly attest, declare, and state as follows:

1. Affiant is at least 21 years of age, of sound mind and body, and competent to state the matters set forth herewith.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

## Plain Statement of Facts

1. Commencing 17 March 2020, up to and including the instant date, I have been and yet remain engaged by the Law Offices of Attorney Brent Allan Winters, Attorney at Law ("Mr. Winters", "Attorney") as paralegal assistant.
2. Mr. Winters has, without interruption, under the terms set forth in a notarized Attorney-Client Representation Agreement ("the Agreement") represented Mr. Michael J. DaCorta ("Client") as attorney-at-law since 30 November 2021.
3. The Scope of Mr. Winters' representation of Mr. DaCorta as set forth in Section II of the Agreement states in pertinent part that, "Client hereby retains Attorney's legal representation to commence, prosecute, discontinue, or defend all actions or other legal proceedings touching upon Client's property, real or personal, or any part thereof, or related to any matter in which Client or Client's property, real or personal, may in any way be concerned with legal actions in *Commodity Futures Trading*

*Commission v. Oasis International Group, LTD* [*et al*] in the United States District Court for Middle District of Florida, Tampa Division and to any appeal that may arise therefrom in any United States Circuit Court of Appeals or in the Supreme Court of the United States."

4. Pursuant to the terms of the Agreement with Mr. Winters, under Section X. Co-Counsel Relationships, "Client may have consulted or retained another attorney and may be simultaneously represented by another law firm in addition to Attorney in connection with this matter. Attorney has, or may have, relationships with other law firms. This contract shall not replace any agreement that Client or Attorney may have with any other attorney(s)."
5. Fulfillment of my role as paralegal requires substantial support of work performed by the Law Offices of Attorney Brent Allan Winters or Attorney Winters himself in the defense of his Client, Michael J. DaCorta.

**Verification**

The Undersigned Affiant, Gregory Melick, does herewith solemnly attest, declare, and affirm that Affiant issues this Affidavit of Fact with sincere intent, that Affiant is competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just in accordance with Affiant's best firsthand knowledge and understanding.

Reserving all rights without prejudice. This Affidavit of Fact is dated the Nineteenth Day of the Eighth Month in the Year of our Lord Two Thousand Twenty-Four.

Gregory Melick
_______________________________
Gregory Melick

**Notary Public's Jurat**

State of New Hampshire )
) ss.
County of Carroll )

BEFORE ME, the undersigned authority, a Notary Public, of the County: Carroll, State: New Hampshire, this 19th day of August 2024 A.D, **Gregory Melick,** did personally appear and was known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed on this **Affidavit of Fact**, and who, upon first being duly sworn or affirmed, deposes and says that the foregoing declarations in this **Affidavit of Fact** respecting the certain facts described are true to the best of his knowledge and belief.

WITNESS my hand and official seal.

/s/ Diane F Hutch

SEAL NOTARY PUBLIC

My Commission Expires On: **Notary Seal**

Diane F. Hutchinson
Notary Public, State of New Hampshire
My Commission Expires Mar 23 2027