```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.                                  Case No.: 8:19-cv-886-VMC-SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P. MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

    Defendants,

and

FUNDADMINISTRATION, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON I
NVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

    Relief Defendants.

_____/

## **ORDER**

    This cause comes before the Court for consideration of the Receiver's Twenty-Second Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver

and His Professionals (Doc. # 849). Plaintiff Commodity Futures Trading Commission ("CFTC") does not oppose the granting of the relief sought. (Id. at 21). The Receiver attempted to contact Defendant DaCorta, who is in prison, through his counsel of record, but his counsel of record informed the Receiver he no longer represents Mr. DaCorta (Id.). The Receiver did not consult Defendants Anile, Duran, Haas, and Montie, because they have either defaulted or the Court has approved the Receiver's settlement agreements with them (Id.). The Receiver also did not consult the United States (as an intervening party) because the government has not previously taken a position on the Receiver's fee applications, and the stay the government obtained expired on July 24, 2022 (Id.).

Upon due consideration, the Receiver's Twenty-Second Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. # 849) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| Burton W. Wiand, Receiver | $28,481.73 |
| Guerra & Partners, P.A. | $14,137.38 |
| Johnson Newlon & DeCort | $3,766.50 |
| Jared J. Perez P.A. | $3,744.00 |
| Englander Fischer | $15,229.26 |
| Elam & Burke | $561.85 |

```
Phillips Lyte LLP          $3,159.50
PDR CPAs                   $5,593.13
E-Hounds, Inc.             $6,405.00
Maples Group                 $501.25
```

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th of December, 2024.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3