UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,

v.                               Case No.: 8:19-cv-886-VMC-SPF

OASIS INTERNATIONAL GROUP,
LIMITED; OASIS MANAGEMENT, LLC;
SATELLITE HOLDINGS COMPANY;
MICHAEL J. DACORTA; JOSEPH S.
ANILE, II.; RAYMOND P. MONTIE III;
FRANCISCO "FRANK" L. DURAN; and
JOHN J. HAAS,

      Defendants,

and

FUNDADMINISTRATION, INC.;
BOWLING GREEN CAPITAL
MANAGEMENT LLC; LAGOON I
NVESTMENTS, INC.; ROAR OF THE
LION FITNESS, LLC; 444 GULF OF
MEXICO DRIVE, LLC; 4064 FOUNDERS
CLUB DRIVE, LLC; 6922 LACANTERA
CIRCLE, LLC; 13318 LOST KEY PLACE,
LLC; and 4 OAKS LLC,

      Relief Defendants.

_____/

**ORDER**

      This cause comes before the Court upon consideration of the Receiver's Motion to Approve Sale of Default Judgments (Doc. # 863), filed on April 24, 2025. More than fourteen

1

days have passed since then, and no objections have been filed.

Upon due consideration, the Receiver's Motion to Approve Sale of Default Judgments (Doc. # 863) is **GRANTED**. The Court hereby approves the sale of the default judgments referenced therein for a total price of $22,000.00.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th of May, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2