# EXHIBIT T

**From:** **Mike DaCorta** mdacorta@protonmail.com
**Subject:** 2017 outlook
**Date:** August 18, 2021 at 12:33 PM
**To:** Greg Melick tradinggraces@use.startmail.com
**Cc:** Michele Utter shelutter@me.com

MD

Greg, Michele,

I have re-read my 2017 Outlook that was sent to all of our lenders. I think it makes very important points, and it also lays out my long-term OIG strategy. Please note that on the last page, it makes it clear, not to be concerned with the day to day machinations of the markets because the inevitable end result is not in question. That goes a long way to explain my approach with the real estate and precious metals positions vs. the day to day trading for spreads. Recent events coupled at the same moment with the 50th anniversary of Nixon ***"temporarily"*** closing the gold window, has sped up the day of reckoning for the USD, as any remaining trust and credibility of the US government is now in freefall around the world.

I ask you to re-read it also, and then I ask, if you feel it may be important to resend it out to the group to remind them we were on the correct course? Just compare what is written there with what is happening now, and the current prices of the real estate we owned and our precious metals. The last page is very important as it lays out what we should be focused on. I think it hit the mark. Let me know if you agree.

The outlook is attached.

Thanks,
Mike

Sent with [ProtonMail](ProtonMail) Secure Email.

**2017 outlook v1.pdf**