# EXHIBIT U

**From:** **Oasis Helpers** oasishelpers@oasisreplevin.net
**Subject:** Introducing Michael DaCorta: his Autobiography
**Date:** December 22, 2023 at 9:13 PM
**To:** Michele & Robert Utter shelutter@icloud.com

OH

Dear Michele & Robert,

This is the second of three messages in which we introduce many in our group to a man they never met, but whose life had a great impact on them.

Attached is the autobiography Michael DaCorta wrote for the benefit of his defense attorney, Adam Allen, prior to his criminal trial last year. We offer you the opportunity to read it with his consent.

As you read, again ask yourself the following questions:

- Could the man who lived this experience have set out to defraud his friends, his family, or anyone else's?
- Would someone motivated to run a Ponzi scheme have gone to the extraordinary efforts that Mike did to grow a legitimate business, diversify it, or keep his investors so deeply informed about what he was doing and why he was doing it?

Before you read the autobiography, we encourage you watch the second and third videos in the series we offered first in our last email. It's impossible to understand what's happening in the world without understanding what these three videos explain in simple terms.

- **Money as Debt II**: https://www.youtube.com/watch?v=bSPzc5lNp08&t=11s
- **Money as Debt III:** https://www.youtube.com/watch?v=hBj8YrHJru0

---

## Pray for Replevin

--
Oasis Helpers

**Michael DaCorta AutoBiography .pdf**
538 KB