Gmail

Jared Perez <jared.perez@jaredperezlaw.com>

## Service of Order to Show Cause on Brent Allan Winters

1 message

**Jared Perez** <jared.perez@jaredperezlaw.com> Wed, Jul 1, 2026 at 1:38 PM
To: winterslaw@nym.hush.com, brentwinters@nym.hush.com, brentallanwinters@nym.hush.com, innchurch@commonlawyer.com, swinters77@nym.hush.com
Cc: Maya Lockwood <maya@burtonwwiandpa.com>

Attn: Brent Allan Winters

Pursuant to the Court's order (attached) and Indiana Trial Procedure Rule 4.14, Brent Allan Winters is hereby served with the attached Service Documents—namely, a copy of the Court's order to show cause and a copy of the Receiver's motion for an order to show cause. Please govern yourself accordingly.

--

JJP | Law Office Jared J. Perez
Jared.Perez@JaredPerezLaw.com•727.641.6562

**2 attachments**

**936 - Order on Verified Motion to Approve Substituted Service.pdf**
164K

**Service Documents (Order to Show Cause and Receiver's Motion for Order to Show Cause).pdf**
526K