Gmail

Jared Perez <jared.perez@jaredperezlaw.com>

## Service of Order to Show Cause on Jason McKee

1 message

**Jared Perez** <jared.perez@jaredperezlaw.com> Mon, Jul 6, 2026 at 1:25 PM
To: "jmckee573@gmail.com" <jmckee573@gmail.com>, treasurer@oasisreplevin.net

Attn: Jason McKee

Pursuant to the Court's order (attached) and Section 2-203.1 of the Illinois Code of Civil Procedure, Jason McKee is hereby served with the attached Service Documents—namely, a copy of the Court's order to show cause and a copy of the Receiver's motion for an order to show cause. Please govern yourself accordingly.

--

JJP | Law Office Jared J. Perez
Jared.Perez@JaredPerezLaw.com•727.641.6562

**2 attachments**

**Service Documents (Order to Show Cause and Receiver's Motion for Order to Show Cause) (1).pdf**
526K

**939 - Order on Renewed Motion to Approve Substituted Service.pdf**
146K